**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION**

| | | |
|---|---|---|
| LINCOLN NATIONAL LIFE INSURANCE COMPANY | ) ) ) | |
| Plaintiff / Counterclaim Defendant, | ) ) ) | |
| v. | ) ) | CAUSE NO.  1:08-cv-135 |
| TRANSAMERICA FINANCIAL LIFE INSURANCE COMPANY, et. al. | ) ) ) | |
| Defendants / Counterclaim Plaintiffs. | ) ) | |

**ORDER**

This matter is before the Court on Transamerica's Motion to Amend/Correct Answer to Complaint (Docket #53), Motion to Compel Discovery (Docket #89), and Amended Motion to Amend/Correct Answer to Complaint. (Docket #120.)  Transamerica's motions for a hearing (Docket ## 55, 93, 121) are hereby GRANTED and these matters are set for a hearing on Thursday, October 22, 2009, at 9:00 a.m. Eastern time.  The hearing will be conducted by telephone and the Court will initiate the call.

SO ORDERED.

Enter for October 9, 2009.

/S/ Roger B. Cosbey
Roger B. Cosbey
United States Magistrate Judge